NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER ALLEN DISNEY,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDEW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-01648-GMN-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM AND/OR RESPOND TO PLAINITFF'S MOTION FOR REMAND.**<br>**(Second Request)** |

.

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from July 19, 2019 to July 26, 2019. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant was out of the office since the last extension request due to ongoing health issues from her chronic migraines, which impair her vision. In addition, Counsel also has over 100+ active social security matters, which require two or more dispositive motions until mid-September. Counsel also has three pending Ninth Circuit matters, which require several levels of review. As such, Counsel needs additional time to adequately review the transcript and properly

respond to Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

     Respectfully submitted,

                                            Respectfully submitted,

Dated: July 19, 2019          /s/ *John Shook*
                                         (*as authorized by email on July 19, 2019)
                                         JOHN SHOOK
                                         Attorney for Plaintiff

Dated:  July 19, 2019         NICHOLAS A. TRUTANICH
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                             By     /s/ *Tina L. Naicker*
                                         TINA L. NAICKER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

                                         **ORDER**

APPROVED AND SO ORDERED:

     July 23, 2019
DATED:_____     _____
                                               THE HONORABLE CARL W. HOFFMAN
                                             UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM AND RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

John B. Shook
Shook & Stone, Chtd.
710 S. Fourth St.
Las Vegas, NV 89101
(702) 385-2220
Fax: (702) 384-0394
Email: johnshook@shookandstone.com

Attorneys for Plaintiff

Respectfully submitted this 19th day of July 2019,

                                        */s/ Tina L. Naicker*
                                        TINA L. NAICKER
                                        Special Assistant United States Attorney